IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH VALENTINE AWE,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                      Case No. 14-cv-200-wmc

DEBORAH McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered:

    1. Dismissing Petitioner Kenneth Valentine Awe's claims concerning the validity of his underlying conviction with prejudice as untimely;

    2. Dismissing petitioner's challenge to the validity of the detainer against him without prejudice as unexhausted and dismissing this case brought under 28 U.S.C. § 2254.

    /s/                                                                1/30/2015

    Peter Oppeneer, Clerk of Court                              Date