Kenneth Valentine Ames  
        Petitioner  

v.  

Grant County Wisconsin Court  
        Respondent  

Case 14cv200 wmc

## Notice of Appeal / Request for reconsideration

Petitioner submitts proff in court documents showing attempts made to resolve the invalid detainer that this court stated petitioner did not attempt to exhaust in state court.

This unlettered — uneducated — handicap petitioner begs this court to apply the law accordingly so that justice is served, as the state courts denied a attorney as seen attached.

Please explain the unknown name Deborah McCulloch, Director Sand Ridge Secure Treatment Cnt listed as Respondent on the court order you sent me

Respectfully Submitted

02-05-15