IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH VALENTINE AWE,

    Petitioner,

AMENDED
JUDGMENT IN A CIVIL CASE

v.

Case No. 14-cv-200-wmc

GRANT COUNTY COURT OF
WISCONSIN,

    Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered:

1. Dismissing Petitioner Kenneth Valentine Awe's claims concerning the validity of his underlying conviction with prejudice as untimely;

2. Dismissing petitioner's challenge to the validity of the detainer against him without prejudice as unexhausted and dismissing this case brought under 28 U.S.C. § 2254.

| /s/ | 2/13/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |